**NOT FOR PUBLICATION**

In the

United States Court of Appeals

For the Eleventh Circuit

_____

No. 24-13542

Non-Argument Calendar

_____

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

DASHAWN QUANTRAVIOUS LEWIS,

*Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 1:08-cr-00042-AW-MAL-2

_____

Before ROSENBAUM, GRANT, and LUCK, Circuit Judges.

PER CURIAM:

Megan Saillant, appointed counsel for Dashawn Lewis in his appeal from the revocation of his supervised release, has moved to withdraw from further representation of the appellant and filed a

2                    Opinion of the Court                    24-13542

brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the revocation of Lewis's supervised release and sentence are **AFFIRMED**.